UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TIMOTHY CABE BOOTH, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.: |
| | § | |
| v. | § | |
| | § | |
| ANSCHUTZ ENTERTAINMENT GROUP, INC.; | § | |
| AEG LIVE LLC; | § | **A JURY IS DEMANDED** |
| ANSCHUTZ TEXAS LP; AEG PRESENTS, LLC; | § | |
| and ROBIN PHILLIPS, | § | |
| | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff, Timothy Cabe Booth ("Cabe" or "Plaintiff") alleges as follows:

## PARTIES

1.     Plaintiff Cabe is a living individual and a Dallas County, Texas resident. Cabe is an artist and author of the body of works of visual art referred to in this Complaint as the Artworks. Cabe holds a BFA in painting and drawing from the University of North Texas School of Visual Arts.

2.     Individual Defendant Robin Phillips ("Phillips") is a resident of Tarrant County, Texas; on information and belief, she is and has been at all material times a Vice President of AEG Presents, LLC and personally participated in, supervised, and directed the VARA violations alleged in this Complaint.

Plaintiff's Original Complaint – Page 1

3.    On information and belief, Defendant Anschutz Entertainment Group, Inc. is and has been at all material times a corporation doing business in Texas.

4.    On information and belief, Defendant AEG Live, LLC has been at all material times a limited liability company doing business in Texas.

5.    On information and belief, Defendant Anschutz Texas, LP is and has been at all material times a Texas limited partnership doing business in Dallas County, Texas.

6.    On information and belief, Defendant AEG Presents, LLC (formerly known as AEG Live, LLC) is and has been at all material times a Delaware limited liability company registered to do business and doing business in Texas. AEG Presents is the second-largest presenter of live music and entertainment events, after Live Nation.

7.    Defendants Anschutz Entertainment Group, Inc., AEG Live LLC, Anschutz Texas LP, and AEG Presents LC are referred to collectively herein as "AEG" or the "AEG Defendants"). The term "Defendants" when used by itself refers to all Defendants collectively.

8.    On information and belief, the AEG Defendants operated at the time of the events complained of, the venue currently known as the "Texas Trust CU Theatre at Grand Prairie" (previously known as "The Verizon Theatre," and before that as "Nokia Theatre" and "NextStage Performance Theater") ("Theatre"). The Theatre is

owned by the City of Grand Prairie and leased by AEG from the City of Grand Prairie.

**9.**     Cabe is informed and believes, and on that basis alleges, that at all relevant times mentioned in this Complaint, Defendants were acting in concert and actively participating with each other in committing the acts alleged herein, and were agents of each other and were acting within the scope and authority of that agency with knowledge, consent and approval of one another.

## JURISDICTION AND VENUE

**10.**     This court has jurisdiction of the Visual Artists Rights Act ("VARA") claims under 17 U.S.C. §106A and 28 U.S.C. § 1331 and 1338(a).

**11.**     This Court has supplemental jurisdiction under 28 U.S.C. § 1367(a) over any claims not otherwise within federal jurisdiction because they form part of the same case or controversy as the VARA claims and arise from a common nucleus of operative fact.

**12.**     Venue is proper in this Court under 28 U.S.C. § 1391 (b) and (c) because all Defendants are residents of this District for the purpose of determining venue and a substantial part of the events giving rise to the claims occurred in this District.

## FACTUAL BACKGROUND

**13.**     This controversy arises because of Defendants' intentional mutilation and/or destruction of hundreds of Plaintiff Cabe's paintings of recognized quality and of

substantial public interest including by disposing of them in a dumpster. Defendants were also grossly negligent by failing to properly maintain and protect Cabe's paintings and disposing of them without first making a reasonable effort at restoration or to repair any damage. These acts were done without Cabe's prior knowledge or consent and in violation of the artist's rights under VARA.

14.    Cabe is a well-recognized artist in the Dallas arts and entertainment community. In about 1997 Cabe began creating a body of artworks which achieved recognized stature and which ultimately included hundreds of hand painted portraits of performers and famous persons appearing at local Dallas area venues. Among some of the more famous individuals that are subjects of Cabe's performer portraits include: Gladys Knight, Ex-President Clinton, Willie Nelson, Bruce Springsteen, Bette Midler, David Copperfield, Duran Duran, Billy Idol, George Lopez, Bob Dylan, Merle Haggard, Dolly Parton, Tom Jones, Ringo Starr, Paul Simon, Al Gore, BB King, Sting, Robin Williams, George Jones, Patti LaBelle and others.

15.    In about 1997, Cabe was initially commissioned to hand paint a large wooden 3x3 ft "performer portrait" to memorialize the opening of the Curtain Club in Dallas. The wooden medium allowed the painting to be mounted flush on the wall.  This painting was so well received, that the single painting commission turned into regular painting commissions at the Curtain Club and other venues such as: The Palladium Ballroom, Trees Club, Theatre at Grand Prairie ("Theatre"), Pizza Hut

Park, and the Sprint Center in Kansas City, Missouri. AEG hired Cabe to paint performer portraits for the Palladium Ballroom (later known as the "South Side Ballroom").

16.     In about May 2002, Cabe continued to create performer portraits for the Curtain Club and other Dallas area venues. Managers of the Texas Trust CU Theatre at Grand Prairie" (then known as "NextStage") approached Cabe to paint performer portraits and in May of that year Cabe began painting portraits for the Theatre. Cabe continued painting for the Theatre for 10 years until 2012, resulting in a substantial body of work, with hundreds of Cabe's paintings being displayed on the walls of the Theatre.

17.     Between 2002 and 2012, Cabe painted and delivered hundreds of performer portraits, which were placed on the walls of the Theatre. **Appendix A** contains a partial list of over 300 performer portrait paintings (Cabe's Artworks) that Cabe sold to the Theatre and delivered to Defendants' possession and care.

18.     AEG manages the Theatre and describes the Theatre as a five-story concert and entertainment facility seating over 6,000. To see the Theatre at Grand Prairie's promotions of the performer portraits, go to YouTube. See https://youtu.be/KjNFm5_1YfQ? This video shows a tour of the Theatre conducted by AEG's Director of Marketing; a number of Cabe's paintings in the backstage area of the Theatre are shown, prominently displayed along the walls of the hallway that

all the performers come through to the dressing rooms, and also on the walls of the dining room used by the performers (and also some staff); Cabe's paintings are described as being "amazing" and "incredible" in the video.

19.    Upon information and belief, an average over twenty-five thousand individuals attend events at the Theatre per month. To see Cabe's artworks on display at the Theatre, see https://maps.app.goo.gl/kMAjs9HMgDLEsHSZ7.

20.    Cabe's performer portraits were prepared without the performer's presence, requiring the use of acceptable approved images of the performer. Cabe's performer portraits for the Theatre (including those listed in **Appendix A**) were based on images furnished to him by the Theatre (or AEG) including images sometimes called "admats," and constituted derivative works fully protected by VARA.

21.    Cabe's performer portraits delivered  to the Theatre contained Cabe's name and identifying logo, and were viewed and presented to the performer for autographing.

22.    In creating the performer portraits for the Theatre (including those listed in **Appendix A**), Cabe was a 1099 independent contractor rather than an employee, and the paintings were not "works made for hire." Cabe retained the copyrights to his Artworks, and no copies thereof can be made without his prior consent.

23.    Cabe delivered over three hundred (300) paintings to AEG's possession.

**24.** Cabe recently was informed that Defendants had mutilated and/or destroyed performer portraits he painted for the Theatre (artworks) and trashed and disposed of them in a dumpster.

**25.** AEG disposed of some of Cabe's artworks.

**26.** In a letter dated November 2, 2023, Defendants' counsel admitted to Defendants' disposing of "some" of Cabe's "artworks" without identifying which of Cabe's 300+ artworks were destroyed and disposed of. The letter also claimed: "AEG never destroyed Mr. Booth's artwork, it only disposed of damaged artwork that was already destroyed by a weather event having nothing to do with AEG and over which AEG had no control."

**27.** Defendants did not notify Cabe in advance of his artworks' disposal.

**28.** Defendants did not seek Cabe's permission before disposing of his artworks.

**29.** AEG disposed of some of Cabe's artworks in a dumpster.

**30.** AEG has no more than about one hundred twenty (120) of Cabe's paintings remaining in AEG's possession.

**31.** Defendants also stated in the November 2, 2023 letter that approximately 120 unidentified, undamaged artworks ("admat art boards") were still in Defendants' possession but failed to identify which of these comprised Cabe's paintings. In fact, Defendants' letter stated: "AEG is under no obligation to produce proof regarding any of Mr. Booth's artworks or to identify the location of those works."

**32.**    On information and belief, Defendants intentionally mutilated and/or destroyed a number of Cabe's Artworks without giving Cabe prior notice and without obtaining his consent.

**33.**    Upon information and belief Defendants were also grossly negligent by failing to maintain and safeguard Cabe's paintings and disposing of them without first making a reasonable effort at restoration or to repair any damage.

**34.**    Defendants did not provide notice or any opportunity for Cabe to object or to protect or restore the paintings and took no steps to provide any notice of the destruction of the paintings.

**35.**    On information and belief, Defendants' acts of mutilation and/or destruction (disposal) of Cabe's Artworks were intentional. In addition, Defendants were aware of their duty under VARA not to destroy artwork of this character. Defendants were on notice as to artists' legal right of integrity and its protection under VARA and still went ahead and destroyed and/or mutilated Cabe's artworks.

**36.**    Defendants were well aware of the VARA statute prohibitions, as Defendants had previously been sued for destroying artworks under VARA. *See Ockerman v. Anschutz Entertainment Group, Inc.*, No. 2:11-cv-09422 (C.D. Cal. filed 11/14/2011) (AEG sued for dumping artworks in the trash; AEG settled the case before trial).

**37.**    Notwithstanding the fact that AEG had settled the previous VARA suit for destroying artworks (paintings), AEG was undeterred from mutilating and/or destroying Cabe's paintings that had been on display and misleading about the destruction.

## CLAIM I: VIOLATION OF THE VISUAL ARTISTS RIGHTS ACT (17 U.S.C. §106A) – RIGHT OF INTEGRITY

**38.**    Cabe incorporates and realleges all previous allegations as if fully set forth herein.

**39.**    Cabe's paintings are each works of visual art referred to in this Complaint as the Artworks. Cabe's paintings consisted of works of a recognized stature.

**40.**    Defendants willfully and intentionally destroyed, distorted, mutilated, and/or otherwise modified Cabe's paintings.

**41.**    Cabe did not give consent to Defendants to destroy or mutilate his Artworks. Cabe has not waived any of his rights granted under VARA, 17 U.S.C. §106A.

**42.**    In destroying and mutilating Cabe's paintings, Defendants acted willfully, intentionally, and/or with gross negligence. Defendants' destruction of Cabe's paintings of recognized stature is the proximate cause of prejudice to Cabe's honor and reputation.

**43.**    Defendants were grossly negligent by failing to maintain and safeguard Cabe's paintings and disposing of them without first making a reasonable effort at restoration or to repair any damage.

**44.**    The destruction, distortion, mutilation, and/or modification of Cabe's Artworks occurred in a manner prejudicial to his honor and/or reputation and causing him substantial harm in this regard.

**45.**    Cabe is entitled to compensatory (actual and/or statutory damages) for the injuries and loss sustained as a result of Defendants' conduct and any additional profits of Defendants not taken into account in computing actual damages.

**46.**    Cabe is entitled to recover his reasonable attorney's fees and costs pursuant to 17 U.S.C. § 505.

**47.**    Because Defendants acted willfully, pursuant to VARA and the Copyright Act, Cabe is entitled to, and seeks, penalties of up to $150,000 for each of the hundreds of paintings destroyed under 17 U.S.C. § 504(c).

## CLAIM II: VIOLATION OF THE VISUAL ARTISTS RIGHTS ACT (17 U.S.C. §106A) – RIGHT OF ATTRIBUION

**48.**    Cabe incorporates and realleges all previous allegations as if fully set forth herein.

**49.**    Under VARA, Cabe was entitled to receive credit for his authorship of his Artworks.

**50.**    Plaintiff has not waived Cabe's rights under VARA.

**51.**    Defendants violated Cabe's right of attribution under VARA by destroying and/or mutilating his Artworks and depriving him of the right to receive credit for his work.

**52.**    Defendants' actions injured Cabe and his honor and reputation, and Defendants are liable to Cabe for actual or statutory damages, at his election, as well as attorneys' fees and costs, under 17 U.S.C. §§504(c), 505.

## CLAIM III: NEGLIGENCE

**53.**    Cabe incorporates and realleges all previous allegations as if fully set forth herein.

**54.**    Defendants owed a general duty to Cabe of ordinary and reasonable care, and an affirmative duty not to destroy or mutilate the Artworks.

**55.**    Defendants breached that duty by destroying and/or mutilating Cabe's Artworks without Cabe's permission or consent.

**56.**    Defendants were grossly negligent by failing to maintain and safeguard Cabe's paintings and disposing of them without first making a reasonable effort at restoration or to repair any damage.

**57.**    As a direct and proximate result of Defendants' breach, Cabe has suffered damages in an amount according to proof at trial.

## **PRAYER FOR RELIEF**

WHEREFORE, Cabe prays for Judgment as follows:

a.     A judgment in Cabe's favor and against Defendants on all of Cabe's claims against Defendants;

b.     For compensatory damages and any additional profits of Defendants not taken into account in computing actual damages;

c.     That Cabe receive statutory damages under 17 U.S.C § 504(c) for each violation of rights under VARA up to the maximum allowed by law, or actual damages, as well as attorneys' fees under 17 U.S.C. § 505;

d.     That the Court award Cabe his attorneys' fees, costs, and expert fees, as allowed by law;

e.     An award of prejudgment and post judgment interest, as provided by law;

f.     For preliminary and permanent injunctions protecting the 100+ Artworks still in Defendants' possession and restraining Defendants and their employees, agents, servants, attorneys, representatives, successors and assigns, and any and all persons in active concert or participation with any of them, from further damaging, mutilating or destroying Cabe's Artworks or engaging in any further violations of VARA;

g.     That the Court order Defendants to provide an accounting and proof regarding Cabe's Artworks and identify the location of these works; and

Plaintiff's Original Complaint – Page 12

h.    Such other and further relief to which Cabe may be justly entitled.

## **JURY DEMAND**

Cabe respectfully demands trial by jury.

Dated this 25 day of January 2024.

Respectfully submitted,

/s/ Peter V. Schroeder

_____

Peter V. Schroeder, Texas Bar No. 00794606
David Joers, Texas Bar No. 10669800
BOOTH ALBANESI SCHROEDER, PLLC
8117 Preston Road, Suite 300
Dallas, TX  75225
Telephone:  214-220-0444
Fax:  214-220-0445

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 1 |  | 311 |
| 2 |  | 12 Girls Band |
| 3 |  | 3 Doors Down |
| 4 |  | A Perfect Circle |
| 5 |  | Aaron Lewis, Staind |
| 6 |  | Adam Savage, Jamie Hyneman |
| 7 |  | Aetheria, Willie Nelson |
| 8 |  | Al Gore |
| 9 |  | Al Green, Etta James, Delbert McClinton |

Case 3:24-cv-00194-X    Document 1    Filed 01/26/24    Page 15 of 53    PageID 15
Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 10 |  | Alejandro Fernandez |
| 11 |  | Alejandro Sanz |
| 12 |  | Alice In Chains |
| 13 |  | Alicia Keys |
| 14 |  | Alison Krauss, Union Station |
| 15 |  | American Idols |
| 16 |  | American Idols, Carrie Underwood |
| 17 |  | Andre Rieu |
| 18 |  | Andre Rieu, Johann Strauss Orchestra |

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 19 |  | Angie Stone |
| 20 |  | Anita Baker |
| 21 |  | Anthony Hamilton |
| 22 |  | Anthony Hamilton |
| 23 |  | Aretha Franklin |
| 24 |  | Arnez J, Earthquake, Damon Wayans, Jr. |
| 25 |  | Art Garfunkel |
| 26 |  | Artie Lang |
| 27 |  | Ashlee Simpson |

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 28 |  | Avenged Sevenfold |
| 29 |  | B2K |
| 30 |  | Backstreet Boys |
| 31 |  | Bad Boys of Comedy |
| 32 |  | Bare Naked Ladies |
| 33 |  | Barney Let's Go Tour |
| 34 |  | Barney's Colorful World |
| 35 |  | BB King |
| 36 |  | BB King |

Case 3:24-cv-00194-X    Document 1    Filed 01/26/24    Page 18 of 53    PageID 18

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 37 |  | Beck |
| 38 |  | Bela Fleck and the Flecktones |
| 39 |  | Bell Biv Devoe, Keith Sweat, Tony Toni Tone, Aaron Hall |
| 40 |  | Benise |
| 41 |  | Bette Midler |
| 42 |  | Bill Clinton |
| 43 |  | Bill O'Reilly |
| 44 |  | Billy Idol |
| 45 |  | Billy Squier |

Case 3:24-cv-00194-X    Document 1    Filed 01/26/24    Page 19 of 53    PageID 19

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 46 |  | Blue Man Group |
| 47 |  | Bob Dylan, Merle Haggard |
| 48 |  | Bobby Womack, The Manhattans, Bobby Blue Band, Millie Jackson |
| 49 |  | Bonnie Raitt, Keb' Mo' |
| 50 |  | Boys Like Girls |
| 51 |  | Brian Wilson |
| 52 |  | Bright Eyes, The Faint |
| 53 |  | Bruce Springsteen |
| 54 |  | Bruno Mars, Janelle Monae |

Case 3:24-cv-00194-X    Document 1    Filed 01/26/24    Page 20 of 53    PageID 20
Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|---|---|---|
| 55 |  | Carlos Mencia |
| 56 |  | Carrie Underwood |
| 57 |  | Cedric The Entertainer |
| 58 |  | Celtic Thunder |
| 59 |  | Celtic Woman |
| 60 |  | Celtic Woman |
| 61 |  | Celtic Woman |
| 62 |  | Celtic Woman |
| 63 |  | Charlie Brown and Friends, David Benoit, Al Jarreau, Melissa Manchester |

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 64 |  | Chris Botti |
| 65 |  | Chris Rock |
| 66 |  | Chris Tomlin |
| 67 |  | Chris Tomlin, Louie Giglio |
| 68 |  | Chris Tomlin, Louie Giglio, Matt Redman |
| 69 |  | Cirque Dreams Jungle Fantasy |
| 70 |  | Counting Crows, Michael Franti & Spearhead |
| 71 |  | Crosby Stills Nash, David Crosby, Steven Stills, Graham Nash |
| 72 |  | Curious George |

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 73 | | Daddy Yankee |
| 74 | | Danzig |
| 75 | | Daryl Hall, John Oats |
| 76 | | Dashboard Confessional |
| 77 | | Dave Koz |
| 78 | | David Cassidy |
| 79 | | David Copperfield |
| 80 | | David Gray |
| 81 | | David Gray |

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|---|---|---|
| 82 | | David Gray |
| 83 | | Death Cab for Cutie |
| 84 | | Death Cab for Cutie, Franz Ferdinand |
| 85 | | Def Leppard |
| 86 | | deftones |
| 87 | | Demi Lovato |
| 88 | | Denis Leary |
| 89 | | Dennis Miller |
| 90 | | Diana Ross |

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 91 |  | Disturbed |
| 92 |  | Dolly Parton |
| 93 |  | Dolly Parton |
| 94 |  | Doodlebops |
| 95 |  | Dora The Explorer |
| 96 |  | Dream Theater |
| 97 |  | Duran Duran |
| 98 |  | Duran Duran |
| 99 |  | Duran Duran |

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 100 | | Dweezil Zappa, Frank Zappa |
| 101 | | Earth Wind and Fire |
| 102 | | Earth Wind and Fire |
| 103 | | Elvis Costello |
| 104 | | Elvis Costello |
| 105 | | Evanescence |
| 106 | | Fall Brawl |
| 107 | | Fall Out Boy |
| 108 | | Fall Out Boy |

Case 3:24-cv-00194-X    Document 1    Filed 01/26/24    Page 26 of 53    PageID 26
Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 109 |  | Fiona Apple, Damien Rice |
| 110 |  | Flight Of The Conchords |
| 111 |  | Gabriel Iglesias |
| 112 |  | Gallagher |
| 113 |  | Gallagher |
| 114 |  | George Lopez |
| 115 |  | George Lopez |
| 116 |  | George Lopez |
| 117 |  | George Lopez |

Case 3:24-cv-00194-X    Document 1    Filed 01/26/24    Page 27 of 53    PageID 27
Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 118 |  | Gipsy Kings |
| 119 |  | Gladys Knight |
| 120 |  | Glen Campbell |
| 121 |  | Go Diego |
| 122 |  | Good Charlotte |
| 123 |  | Gordon Lightfoot |
| 124 |  | Harry Connick , Jr. |
| 125 |  | Harry Connick , Jr. |
| 126 |  | Heart |

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 127 | | Heart |
| 128 | | Heaven and Hell |
| 129 | | Hilary Duff |
| 130 | | HIM |
| 131 | | Hinder |
| 132 | | Hinder, Papa Roach, Buckcherry, Revelation Theory |
| 133 | | Hippiefest |
| 134 | | Il Divo |
| 135 | | Imogen Heap |

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 136 |  | India Arie |
| 137 |  | Interpol |
| 138 |  | INXS |
| 139 |  | Jack Johnson |
| 140 |  | Jackson Browne, Steve Earle, Keb' Mo' |
| 141 |  | Jaime Foxx |
| 142 |  | Jaime Foxx |
| 143 |  | Jamarama |
| 144 |  | James Blunt |

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 145 | | James Gang |
| 146 | | James Taylor |
| 147 | | Jason Mraz |
| 148 | | Jeff Beck |
| 149 | | Jeff Foxworthy |
| 150 | | Jerry Lee Lewis |
| 151 | | Jesse McCartney |
| 152 | | Jill Scott |
| 153 | | Jim Brickman |

Case 3:24-cv-00194-X    Document 1    Filed 01/26/24    Page 31 of 53    PageID 31
Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 154 |  | Jingle Ball, Simple Plan, Black Eyed Peas, Hilary Duff, Jessica Simpson, Nick Lachey |
| 155 |  | Joe Rogan, Charlie Murphy, John Heffron |
| 156 |  | Joe Satriani, Chad Smith, Michael Anthony, Sammy Hagar |
| 157 |  | John Fogerty |
| 158 |  | John Fogerty |
| 159 |  | John Hiatt |
| 160 |  | John Legend |
| 161 |  | Johnny Lang |
| 162 |  | Johnny Lang |

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 163 | | Jonas Brothers |
| 164 | | Journey |
| 165 | | Judas Priest |
| 166 | | Kanye West, Fantasia |
| 167 | | Kat Williams |
| 168 | | Kat Williams |
| 169 | | Kathy Griffin |
| 170 | | Katy Perry |
| 171 | | Keane |

Case 3:24-cv-00194-X    Document 1    Filed 01/26/24    Page 33 of 53    PageID 33
Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|---|---|---|
| 172 |  | Keith Urban, Katrina Elam |
| 173 |  | Kelly Clarkson |
| 174 |  | Kelly Clarkson |
| 175 |  | Kelly Clarkson, Clay Aiken |
| 176 |  | KEM |
| 177 |  | Kenny Babyface Edmonds |
| 178 |  | Kenny Loggins, Jim Messina |
| 179 |  | Kenny Rogers, The Oak Ridge Boys |
| 180 |  | Kevin Hart |

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 181 |  | Killswitch Engage |
| 182 |  | KRNB Summer Show: Charlie Wilson, Kem, Mint Condition, Leela James, Dwele, Laura Izibor, N'Dambi |
| 183 |  | Lenny Kravitz |
| 184 |  | Leonard Cohen |
| 185 |  | Lord of the Dance, Michael Flatley |
| 186 |  | Ludacris |
| 187 |  | Luis Miguel |
| 188 |  | Lynyrd Skynyrd |
| 189 |  | Mannheim Steamroller |

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 190 |  | Margaret Cho |
| 191 |  | Mariah Carey |
| 192 |  | Mariah Carey |
| 193 |  | Marilyn Manson |
| 194 |  | Maroon5 |
| 195 |  | Martina McBride |
| 196 |  | Mary J. Blige |
| 197 |  | Massive Attack |
| 198 |  | Matchbox Twenty |

Case 3:24-cv-00194-X    Document 1    Filed 01/26/24    Page 36 of 53    PageID 36
Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 199 | | Matisyahu |
| 200 | | Maze |
| 201 | | Maze |
| 202 | | Maze |
| 203 | | Melissa Etheridge |
| 204 | | Melissa Etheridge |
| 205 | | MercyMe, Amy Grant, Bebo Norman |
| 206 | | Michael Bolton |
| 207 | | Michael Buble |

Case 3:24-cv-00194-X    Document 1    Filed 01/26/24    Page 37 of 53    PageID 37
Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 208 |  | Michael McDonald, Boz Scaggs |
| 209 |  | Michael W. Smith |
| 210 |  | Mike Epps |
| 211 |  | Miranda Cosgrove |
| 212 |  | Modest Mouse |
| 213 |  | Modest Mouse |
| 214 |  | Motley Crue |
| 215 |  | Muse |
| 216 |  | Muse |

Case 3:24-cv-00194-X    Document 1    Filed 01/26/24    Page 38 of 53    PageID 38
Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 217 |  | My Chemical Romance |
| 218 |  | Nelly |
| 219 |  | Nelly Furtado |
| 220 |  | Ne-Yo |
| 221 |  | Nick Lachey |
| 222 |  | Nickelback |
| 223 |  | Norah Jones |
| 224 |  | Norah Jones |
| 225 |  | Norman Brown, Peabo Bryson, Brenda Russell, Everette Harp |

Case 3:24-cv-00194-X    Document 1    Filed 01/26/24    Page 39 of 53    PageID 39

Timothy Cabe Boothly v AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 226 |  | Olivia Newton John |
| 227 |  | Owl City |
| 228 |  | Paper Monsters |
| 229 |  | Pat Green |
| 230 |  | Pat Metheny |
| 231 |  | Pat Metheny |
| 232 |  | Patti LaBelle, Charlie Wilson |
| 233 |  | Paul Potts |
| 234 |  | Paul Simon |

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 235 |  | Paulina Amanda |
| 236 |  | Paulina Rubio |
| 237 |  | Paulina Rubio |
| 238 |  | Pink Floyd |
| 239 |  | Pink Floyd |
| 240 |  | Pixies |
| 241 |  | Poison, Ratt |
| 242 |  | Queen Latifah, Erykah Badu, Jill Scott |
| 243 |  | Queensryche |

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 244 | | Queensryche, Dream Theater |
| 245 | | R. Kelly |
| 246 | | R. Kelly |
| 247 | | Radio City Christmas Spectacular, The Rockettes |
| 248 | | Ray Romano, Brad Garrett |
| 249 | | Ray Romano, Brad Garrett |
| 250 | | Reba McIntire |
| 251 | | Regina Spektor |
| 252 | | Relient K |

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 253 | | Rickey Smiley |
| 254 | | Rickey Smiley |
| 255 | | Ricky Martin |
| 256 | | Ringo Starr |
| 257 | | Ringo Starr |
| 258 | | Riverdance |
| 259 | | Riverdance |
| 260 | | Rob Bell |
| 261 | | Rob Bell |

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 262 | | Rob Bell |
| 263 | | Rob Thomas |
| 264 | | Rob Zombie |
| 265 | | Robert Plant |
| 266 | | Robert Plant , Allison Krauss |
| 267 | | Robin Thicke, Jennifer Hudson |
| 268 | | Robin Williams |
| 269 | | Rod Stewart |
| 270 | | Roger Daltrey, The Who, Tommy |

Case 3:24-cv-00194-X    Document 1    Filed 01/26/24    Page 44 of 53    PageID 44
Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 271 |  | Ruben Studdard |
| 272 |  | Santana |
| 273 |  | Screamfest |
| 274 |  | Seal |
| 275 |  | Seal |
| 276 |  | Sean Hannity |
| 277 |  | Sesame Street Live |
| 278 |  | Sesame Street Live: Elmo's Coloring Book |
| 279 |  | Shaquille O'Neal's All Star Comedy Jam |

Case 3:24-cv-00194-X    Document 1    Filed 01/26/24    Page 45 of 53    PageID 45
Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 280 | | Sheryl Crow |
| 281 | | Sin Bandera |
| 282 | | Slayer |
| 283 | | Slipknot |
| 284 | | Slipknot |
| 285 | | Slipknot |
| 286 | | Smashing Pumpkins |
| 287 | | Snocore |
| 288 | | Snow Patrol |

Case 3:24-cv-00194-X     Document 1     Filed 01/26/24     Page 46 of 53     PageID 46
Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 289 |  | Soundgarden |
| 290 |  | Spinal Tap, Christopher Guest, Michael McKean, Harry Shearer |
| 291 |  | Steely Dan, Michael McDonald |
| 292 |  | Steve Nicks |
| 293 |  | Stevie Wonder |
| 294 |  | Sting |
| 295 |  | Sting |
| 296 |  | Stone Temple Pilots |
| 297 |  | Taking Back Sunday |

Case 3:24-cv-00194-X    Document 1    Filed 01/26/24    Page 47 of 53    PageID 47

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 298 | | Taste of Chaos |
| 299 | | Taste of Chaos, Deftones, Thrice, Atreyu, Funeral For A Friend, As I Lay Dying, Story Of The Year |
| 300 | | Taylor Hicks |
| 301 | | The All-American Rejects |
| 302 | | The Beach Boys |
| 303 | | The Beach Boys |
| 304 | | The Black Crowes |
| 305 | | The Cheetah Girls, Miley Cyrus |
| 306 | | The Eagles, Glen Frey, Don Henley, Joe Walsh |

Case 3:24-cv-00194-X    Document 1    Filed 01/26/24    Page 48 of 53    PageID 48
Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 307 |  | The Flaming Lips |
| 308 |  | The Isley Brothers |
| 309 |  | The Kids In The Hall |
| 310 |  | The Killers |
| 311 |  | The Killers |
| 312 |  | The Moody Blues |
| 313 |  | The Music of Led Zeppelin, The Fort Worth Symphony Orchestra |
| 314 |  | The New Cars, Blondie |
| 315 |  | The O'Jays |

Case 3:24-cv-00194-X    Document 1    Filed 01/26/24    Page 49 of 53    PageID 49
Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 316 | | The Polyphonic Spree |
| 317 | | The Polyphonic Spree |
| 318 | | The Raconteurs |
| 319 | | The Rockettes |
| 320 | | The Smothers Brothers |
| 321 | | The Strokes |
| 322 | | The Strokes |
| 323 | | The Ten Tenors |
| 324 | | The Ultimate Doo Wop Show |

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 325 |  | The White Stripes |
| 326 |  | The Wiggles |
| 327 |  | The Wiggles |
| 328 |  | The Wiggles |
| 329 |  | The Wiggles |
| 330 |  | Third Day |
| 331 |  | Toby Mac |
| 332 |  | Tom Jones |
| 333 |  | Tom Jones |

Case 3:24-cv-00194-X    Document 1    Filed 01/26/24    Page 51 of 53    PageID 51
Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 334 |  | Tommy Lee, Gilby Clarke, Johnny Colt, Lukas Rossi |
| 335 |  | Toni Braxton |
| 336 |  | Tony Toni Tone, Blackstreet, SWV, Guy |
| 337 |  | Tool |
| 338 |  | Tori Amos |
| 339 |  | Tori Amos |
| 340 |  | Tori Amos |
| 341 |  | Trace Adkins, Billy Currington, Jason Aldean |
| 342 |  | Tyler Perry |

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 343 |  | Van Morrison |
| 344 |  | Veggie Tales |
| 345 |  | Wanda Sykes |
| 346 |  | Wayne Newton |
| 347 |  | Weird Al Yankovic |
| 348 |  | Wheel of Fortune, Pat Sayjack, Vanna White |
| 349 |  | Widespread Panic |
| 350 |  | Widespread Panic |
| 351 |  | Widespread Panic |

Timothy Cabe Booth v. AEG et al.
Appendix A

| Ref | Picture | Items/ Performers |
|-----|---------|-------------------|
| 352 |  | Widespread Panic |
| 353 |  | Willie Nelson |
| 354 |  | Yanni |
| 355 |  | Zac Brown Band |